# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No. 23-cv-02902-REB

JOSHUA JAMES LEWIS,

    Plaintiff,

v.

MARTIN J. O'MALLEY, Commissioner of Social Security,

    Defendant.

# ORDER

**Blackburn, J.**

The matter before me is plaintiff's **Unopposed Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act** [#14],[1] filed March 28, 2024. As indicated by the title of the document, the parties have reached agreement as to the amount of attorney fees to be awarded to plaintiff under the EAJA. After due consideration, I grant the motion and award attorney fees in the amount stipulated, payable to plaintiff. *See Manning v. Astrue*, 510 F.3d 1246, 1249-55 (10th Cir. 2007), *cert. denied*, 129 S.Ct. 486 (2008).[2]

**THEREFORE, IT IS ORDERED** as follows:

---

[1] "[#14]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

[2] In *Manning*, the Tenth Circuit held the plain language, structure, and history of the EAJA preclude an award of fees to anyone other than the prevailing party. Thus, even if plaintiff has assigned the right to EAJA fees to the attorney, I cannot direct the fee award be paid directly to anyone other than plaintiff.

1.  That plaintiff's **Unopposed Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act** [#14], filed March 28, 2024, is granted; and

2.  That pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d)(1)(A), plaintiff is awarded attorney fees totaling $1,029.40.

Dated March 29, 2024, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge